2014-Ohio-5021, ___ N.E.3d ___, and this cause is remanded to the trial court for further proceedings.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014-0012. State v. White.**

Fairfield App. No. 13-CA-11, 2013-Ohio-5221. This cause, here on appeal from the Court of Appeals for Fairfield County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is reversed on the authority of *State v. Johnson*, ___ Ohio St.3d ___, 2014-Ohio-5021, ___ N.E.3d ___, and this cause is remanded to the trial court for further proceedings.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014-1127. State v. Sullivan.**

Franklin App. No. 13AP-173, 2014-Ohio-1443. This cause, here on appeal from the Court of Appeals for Franklin County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is reversed on the authority of *State v. Johnson*, ___ Ohio St.3d ___, 2014-Ohio-5021, ___ N.E.3d ___, and this cause is remanded to the trial court for further proceedings.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014-1128. State v. Sullivan.**

Franklin App. No. 13AP-BF173, 2014-Ohio-1443. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Franklin County. Upon further consideration, it is ordered that the certified conflict is dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014-1846. State v. McDowell.**

Summit App. No. 26697, 2014-Ohio-3900. On review of order certifying a conflict. The court determines that no conflict exists. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, and FRENCH, JJ., concur.

LANZINGER, KENNEDY, and O'NEILL, JJ., dissent.

**2010-2198. State v. McKelton.**

Butler C.P. No. CR2010020189. On motion for leave to file response instanter. Motion denied. It is further ordered that the appellant's response to the sur-reply is stricken.

PFEIFER, J., dissents.

**2014-1436. State v. Greathouse.**

Montgomery App. No. 26053. On request for findings of fact and conclusions of law. Request denied.

**2014-1785. Austell v. Bowie.**

Hamilton App. No. C-130579. On motion for stay of court of appeals' decision. Motion denied.

O'NEILL, J., dissents.

**2014-1819. In re Q.O.**

Hamilton App. No. C-130548, 2014-Ohio-3893. On revised motion for stay. Motion denied.

O'DONNELL and O'NEILL, JJ., dissent.

**2014-1826. State v. Richardson.**

Seneca App. No. 13-13-54, 2014-Ohio-3541. On motion for delayed appeal. Motion denied.

LANZINGER and O'NEILL, JJ., dissent.

**2014-1827. State v. Burden.**

Summit App. No. 27298, 2014-Ohio-4456. On motion for stay of court of appeals' judgment. Motion denied.

**2014-1847. Am. Mun. Power, Inc. v. Bechtel Power Corp.**

Certified Question of State Law, United States District Court, Southern District of Ohio, Eastern Division, No. 2:11-CV-131. Upon review pursuant to S.Ct.Prac.R. 9.05, the court will answer the following question: